USCA Case #14-1250    Document #1523125    Filed: 11/17/2014    Page 1 of 1

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

RECEIVED Mail Room NOV 17 2014 United States Court of Appeals District of Columbia Circuit

FILED NOV 17 2014 CLERK — UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT

Case Caption: William Johnson
Petitioner

v.

FCC
Respondent

Case Number: 14-1250

## PETITION FOR REVIEW OF AN AGENCY, BOARD, COMMISSION, OR OFFICER

Notice is hereby given this the 13th day of November 20 14 that petitioner(s) William Johnson hereby petitions the United States Court of Appeals for the District of Columbia Circuit for review of the order of the respondent(s) FCC entered the 15th day of September 20 14.

Attorney for Petitioner(s)/Pro Se Party,

William Johnson, Petitioner Pro se

Address: 2545 NE 11th Place

Gainesville, Florida 32641

Telephone: ( 352 ) 872-3319

USCA Form 12
AUGUST 2009 (Revised)